that must be answered before addressing the merits of petitioner's federal claim. In making this observation I do not presume to explain the reasons for the Court's action; I write only to identify this as one of the many cases in which a persuasive dissent may create the unwarranted impression that the Court has acted arbitrarily in denying a petition for certiorari.

No. 77–6359. ROSS *v.* HOPPER, WARDEN. Sup. Ct. Ga. Certiorari denied. 

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentence in this case.

No. 76–1719. WASHINGTON MEDICAL CENTER, INC., ET AL. *v.* UNITED STATES, 434 U. S. 902;

No. 77–953. BUFFALO RIVER CONSERVATION AND RECREATION COUNCIL ET AL. *v.* NATIONAL PARK SERVICE ET AL., *ante,* p. 924;

No. 77–1056. SUNBEAM TELEVISION CORP. ET AL. *v.* SHEVIN, ATTORNEY GENERAL OF FLORIDA, ET AL., *ante,* p. 920;

No. 77–5733. MORGAN *v.* UNITED STATES, *ante,* p. 926; and

No. 77–5965. COX *v.* UNITED STATES, *ante,* p. 927. Petitions for rehearing denied.